# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 4DD HOLDINGS, LLC ) | |
| ) | |
| Plaintiff, ) | No. 15-945 |
| ) | |
| v. ) | Judge Eric G. Bruggink |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| IMMIX TECHNOLOGY, INC. ) | |
| ) | |
| Third-Party Defendant. ) | |

## THE UNITED STATES' RETURN OF SERVICE OF RULE 14(b) NOTICE TO SYSTEMS MADE SIMPLE, INC.

Pursuant to Rule 14(b) of the Rules of the Court of Federal Claims, Defendant, the United States, hereby files a copy of the return of service upon Systems Made Simple, Inc. A copy of the Tracking Confirmation from the U.S. Postal Service indicating that the Notice was served on Systems Made Simple, Inc. on January 19, 2016, as well as a copy of the Notice served on Systems Made Simple, Inc. is attached at Exhibit 1.

        Respectfully submitted,

        BENJAMIN C. MIZER
        Principal Deputy Assistant Attorney General

        JOHN FARGO
        Director, Intellectual Property Staff

        **/s/ David A Foley, Jr.**
        DAVID A. FOLEY, JR.
        Commercial Litigation Branch
        Civil Division
        Department of Justice
        Washington, DC 20530
        Telephone:   (202) 307-0346
        Facsimile:   (202) 307-0345
        Email:  david.a.foley@usdoj.gov

**February 10, 2016**        **Counsel for the United States**

# Exhibit 1

USPS.com® - USPS Tracking® 

English   Customer Service   USPS Mobile                           Register / Sign In

**USPS.COM®**

# USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70101060000205332178

Updated Delivery Day: Tuesday, January 19, 2016

## Product & Tracking Information

**Postal Product:**   **Features:**
                      Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 19, 2016, 12:48 pm | Delivered | SYRACUSE, NY 13212 |

Your item was delivered at 12:48 pm on January 19, 2016 in SYRACUSE, NY 13212.

| | | |
|---|---|---|
| January 19, 2016, 7:59 am | Out for Delivery | SYRACUSE, NY 13220 |
| January 19, 2016, 7:49 am | Sorting Complete | SYRACUSE, NY 13220 |
| January 18, 2016, 10:32 am | Arrived at Hub | SYRACUSE, NY 13220 |
| January 18, 2016, 4:01 am | Departed USPS Facility | SYRACUSE, NY 13220 |
| January 17, 2016, 9:28 am | Arrived at USPS Facility | SYRACUSE, NY 13220 |
| January 16, 2016, 6:58 pm | Departed USPS Facility | GAITHERSBURG, MD 20898 |
| January 15, 2016, 9:31 pm | Arrived at USPS Facility | GAITHERSBURG, MD 20898 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

[                                              ]  Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2016 USPS. All Rights Reserved.

Search or Enter a Tracking Number

# In the United States Court of Federal Claims

4DD HOLDINGS, LLC,

vs.

No. 15-945C

THE UNITED STATES

and

IMMIX TECHNOLOGY, INC.

## NOTICE

To: Systems Made Simple, Inc.
149 Northern Concourse
Syracuse, NY 13212

Pursuant to 41 U.S.C. § 114(b), 58 Stat. 649, you are hereby notified to appear within forty-two (42) days after service of this Notice upon you, and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this court. If you fail to appear and assert a claim or interest in the subject matter of this suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, and Defendant's Motion to Provide Notice to Interested Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 11st day of January, 2016.

Hazel C. Keahey
Clerk, U.S. Court of Federal Claims

By: _____
Deputy Clerk

## RETURN OF SERVICE

Service of the above Notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on January 19, 2016
(Date)

_____
Attorney of Record